UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANDREW ISODORE (#402616), ET AL.

VERSUS

UNKNOWN JONES, ET AL.

CIVIL ACTION

15-688-SDD-RLB

RULING

On or about October 15, 2015, Andrew Isodore and Ernest Sam, the *pro se* Plaintiffs, persons confined at the Louisiana State Penitentiary in Angola, Louisiana, filed a *Complaint*[1] asserting a civil rights violation pursuant to 42 U.S.C. § 1983, against Unknown Jones, Unknown Hughes, C. Shipley, Stephanie Lamartiniere, Krist Hooper, James Guidry, and Lawrence Martin. The Plaintiffs, however, did not submit their *Complaint* on an approved form, pay the Court's filing fee, nor submit a Motion to Proceed *In Forma Pauperis*.

Pursuant to correspondence dated October 21, 2015,[2] the Court advised the Plaintiffs that their pleadings were deficient and directed them to, within twenty-one (21) days, submit their *Complaint* on an approved form signed by each Plaintiff, and either pay the Court's filing fee or submit a properly completed Motion to Proceed *In Forma Pauperis* and Statement of Account herein. Attached to the Court's correspondence were blank copies of the pertinent forms for the Plaintiffs' review and completion, and the referenced correspondence advised the Plaintiffs that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice."

---

[1] Rec. Doc. 1.
[2] Rec. Docs. 3 and 4.

A review of the record by the Court reflects that, despite notice and an opportunity to appear, each Plaintiff has failed to respond to the Court's directives. Therefore, the Plaintiffs' *Motion for Temporary Restraining Order and Request for a Preliminary Injunction*[3] shall be denied, and the Plaintiffs' action shall be dismissed without prejudice for failure to correct the deficiencies of which they were notified. Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiffs' *Motion for Temporary Restraining Order and Request for Preliminary Injunction*[4] is DENIED.

**IT IS FURTHER ORDERED** that the above-captioned proceeding be dismissed without prejudice. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 6 day of January, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[3] Rec. Doc. 2.
[4] Rec. Doc. 2.